BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (175783)
Albert Y. Chang (296065)
Yury A. Kolesnikov (271173)
7817 Ivanhoe Avenue, Suite 102
La Jolla, California  92037
Tel:   (858) 914-2001
Fax:   (858) 914-2002
fbottini@bottinilaw.com
achang@bottinilaw.com
ykolesnikov@bottinilaw.com

*Attorneys for Plaintiff R. Andre Klein*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| R. ANDRE KLEIN, on behalf of himself and all other stockholders of APPLE INC., <br><br> Plaintiff, <br><br> vs. <br><br> TIMOTHY D. COOK, WILLIAM V. CAMPBELL, MILLARD ("MICKEY") DREXLER, ARTHUR D. LEVINSON, ROBERT A. IGER, ANDREA JUNG, FRED D. ANDERSON, ESTATE OF STEVEN P. JOBS, deceased, and DOES 1-30, inclusive, <br><br> Defendants, <br><br> - and – <br><br> APPLE INC., a California corporation, <br><br> Nominal Defendant. | Case No. <br><br> PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-15 |

Plaintiff's Certification of Interested Entities or Persons Pursuant to Local Rule 3-15

In compliance with Local Rule 3-15, the undersigned, counsel of record for Plaintiff R. Andre Klein, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualifications or recusals.

1. R. Andre Klein, Plaintiff;

2. Timothy D. Cook, Defendant;

3. William V. Campbell, Defendant;

4. Millard ("Mickey") Drexler, Defendant;

5. Arthur D. Levinson, Defendant;

6. Robert A. Iger, Defendant;

7. Andrea Jung, Defendant;

8. Fred D. Anderson, Defendant;

9. Estate of Steven P. Jobs, deceased, Defendant; and

10. Apple Inc., Nominal Defendant

Dated:  August 11, 2014

Respectfully submitted,

BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr.
Albert Y. Chang
Yury A. Kolesnikov

           /s/  Francis A. Bottini, Jr.
                Francis A. Bottini, Jr.

7817 Ivanhoe Avenue, Suite 102
La Jolla, California  92037
Tel:   (858) 914-2001
Fax:   (858) 914-2002
fbottini@bottinilaw.com
achang@bottinilaw.com
ykolesnikov@bottinilaw.com

*Attorneys for Plaintiff R. Andre Klein*