AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| R. ANDRE KLEIN, on behalf of himself and all other stockholders of APPLE INC., <br><br> *Plaintiff(s)* <br> v. <br> See Attachment A <br><br> *Defendant(s)* | Civil Action No. **C14-3634 PSG** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TIMOTHY D. COOK, WILLIAM V. CAMPBELL, MILLARD ("MICKEY") DREXLER, ARTHUR D. LEVINSON, ROBERT A. IGER, ANDREA JUNG, FRED D. ANDERSON, ESTATE OF STEVEN P. JOBS, deceased, DOES 1-30, inclusive, and APPLE INC., a California corporation

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Francis A. Bottini, Jr.
Bottini & Bottini, Inc.
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Richard W. Wieking*

Date: **8/12/14**

*Cynthia Vargas*

*Signature of Clerk or Deputy Clerk*

## ATTACHMENT "A" TO SUMMONS

R. ANDRE KLEIN, on behalf of himself and all other stockholders of APPLE INC.,

    Plaintiff,

vs.

TIMOTHY D. COOK, WILLIAM V. CAMPBELL, MILLARD ("MICKEY") DREXLER, ARTHUR D. LEVINSON, ROBERT A. IGER, ANDREA JUNG, FRED D. ANDERSON, ESTATE OF STEVEN P. JOBS, deceased, and DOES 1-30, inclusive,

    Defendants,

    and

APPLE INC., a California corporation,

    Nominal Defendant.