UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. ANDRE KLEIN,<br><br>        Plaintiff,<br><br>    v.<br><br>TIMOTHY D. COOK, et al.,<br><br>        Defendants. | Case No.   14-cv-03634-BLF<br><br>**ORDER OF RECUSAL** |

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the Court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan.

All pending dates are hereby vacated and will be reset by the newly assigned judge.

**IT IS SO ORDERED.**

Dated: August 14, 2014

_____
BETH LABSON FREEMAN
United States District Judge