1  GEORGE A. RILEY (S.B. No. 118304)
   MICHAEL F. TUBACH (S.B. No. 145955)
2  O'MELVENY & MYERS LLP
   Two Embarcadero Center
3  28th Floor
   San Francisco, California  94111-3828
4  Telephone:   (415) 984-8700
   Facsimile:   (415) 984-8701
5  E-Mail:      griley@omm.com
                mtubach@omm.com
6
   Attorneys for Nominal Defendant APPLE INC. and Defendants
7  TIMOTHY D. COOK, WILLIAM V. CAMPBELL, MILLARD
   DREXLER, ARTHUR D. LEVINSON, ROBERT A. IGER,
8  ANDREA JUNG and FRED D. ANDERSON

9  [Additional Counsel Listed on Signature Page]

10

11                    **UNITED STATES DISTRICT COURT**

12                    **NORTHERN DISTRICT OF CALIFORNIA**

13                           **SAN JOSE DIVISION**

| | |
|---|---|
| 14  R. ANDRE KLEIN, on behalf of himself and all other stockholders of APPLE INC., | Case No. 5:14-cv-03634-EJD |
| 15 | **STIPULATION AND [PROPOSED]** |
| 16  Plaintiff, | **ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |
| 17  vs. | |
| 18  TIMOTHY D. COOK, WILLIAM V. CAMPBELL, MILLARD ("MICKEY") DREXLER, ARTHUR D. LEVINSON, | |
| 19  ROBERT A. IGER, ANDREA JUNG, FRED D. ANDERSON, ESTATE OF | |
| 20  STEVEN P. JOBS, deceased, and DOES 1-30, inclusive, | |
| 21 | |
| 22  Defendants | |
| 23  -and- | |
| 24  APPLE INC., a California corporation, | |
| 25  Nominal Defendant. | |

26

27

28

## **STIPULATION**

Nominal defendant Apple Inc. ("Apple"), defendants Timothy D. Cook, William V. Campbell, Millard Drexler, Arthur D. Levinson, Robert A. Iger, Andrea Jung and Fred D. Anderson (collectively with Apple, "Defendants"), and plaintiff R. Andre Klein ("Plaintiff"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on August 11, 2014, Plaintiff filed a Verified Shareholder Derivative Complaint (the "Complaint") against Defendants and the Estate of Steven P. Jobs;

WHEREAS, on August 27, 2014, Plaintiff requested that Defendants waive service of summons;

WHEREAS, on September 16, 2014, Defendants agreed to waive service of summons;

WHEREAS, Defendants' response to the Complaint is due on or before October 27, 2014;

WHEREAS, Plaintiff has limited the claims alleged in the Complaint against the Estate of Steven P. Jobs to the limits of coverage provided by applicable directors and officers insurance liability policies which provided coverage for claims against Steven P. Jobs while Jobs was employed at nominal defendant Apple Inc.;

WHEREAS, because of the nature of Plaintiff's claims asserted against the Estate of Steven P. Jobs, Plaintiff must serve the summons and Complaint on all the insurance companies which provided the directors and officers insurance liability policies to Jobs during the relevant time period; there are at least eight such insurance companies;

WHEREAS, Plaintiff requested that Defendants' counsel accept service of the summons and Complaint on behalf of the Estate of Steven P. Jobs, but Defendants' counsel was not able to obtain authorization to accept service;

WHEREAS, as a result, Plaintiff has not yet served the Estate of Steven P. Jobs and requires additional time to do so;

WHEREAS, Defendants have not sought or received any prior extensions of time to respond to the Complaint;

WHEREAS, the parties have met and conferred and agree that an extension of the time to respond is appropriate for the served Defendants so that an attempt may be made to set a uniform

1  response date for all defendants, once the Estate of Steven P. Jobs is served; and

2  WHEREAS, the parties have agreed that the deadline for Defendants to respond to the
3  Complaint shall be extended by 30 days to November 26, 2014, to allow Plaintiff to complete
4  service on the Estate of Steven P. Jobs.

5  NOW, THEREFORE, it is hereby agreed to and stipulated by Defendants and Plaintiff,
6  through their respective counsel of record and subject to Court approval, as follows:

7  1. Defendants' time to respond to the Complaint shall be extended to November 26,
8  2014.

9  **IT IS SO STIPULATED.**

10 Dated: October 27, 2014

GEORGE A. RILEY (S.B. No. 118304)
MICHAEL F. TUBACH (S.B. No. 145955)
O'MELVENY & MYERS LLP

By: */s/ Michael F. Tubach*
Michael F. Tubach
Attorneys for Nominal Defendant APPLE INC. and Defendants TIMOTHY D. COOK, WILLIAM V. CAMPBELL, MILLARD DREXLER, ARTHUR D. LEVINSON, ROBERT A. IGER, ANDREA JUNG and FRED D. ANDERSON

18 Dated: October 27, 2014

BOTTINI & BOTTINI, INC.
FRANCIS A. BOTTINI, JR. (S.B. No. 175783)
ALBERT Y. CHANG (S.B. No. 296065)
YURY A. KOLESNIKOV (S.B. No. 271173)

By: */s/ Francis A. Bottini, Jr.*
Francis A. Bottini, Jr.

7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone:  (858) 914-2001
Facsimile:  (858) 914-2002
E-Mail:  fbottini@bottinilaw.com
achang@bottinilaw.com
ykolesnikov@bottinilaw.com

Attorneys for Plaintiff R. ANDRE KLEIN

\* \* \*

**[PROPOSED] ORDER**

The above stipulation having been considered and good cause appearing, IT IS SO ORDERED.

Defendants' time to respond to the Complaint shall be extended to November 26, 2014.

DATED: _____ _____
THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

I, Michael F. Tubach, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Time to Respond to Complaint. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Francis A. Bottini, Jr. has concurred in this filing.

By: */s/ Michael F. Tubach*_____
Michael F. Tubach