BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (175783)
Albert Y. Chang (296065)
Yury A. Kolesnikov (271173)
7817 Ivanhoe Avenue, Suite 102
La Jolla, California  92037
Tel:   (858) 914-2001
Fax:  (858) 914-2002
fbottini@bottinilaw.com
achang@bottinilaw.com
ykolesnikov@bottinilaw.com

*Attorneys for Plaintiff R. Andre Klein*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| R. ANDRE KLEIN, on behalf of himself and all other stockholders of APPLE INC.,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY D. COOK, WILLIAM V. CAMPBELL, MILLARD ("MICKEY") DREXLER, ARTHUR D. LEVINSON, ROBERT A. IGER, ANDREA JUNG, FRED D. ANDERSON, ESTATE OF STEVEN P. JOBS, deceased, and DOES 1-30, inclusive,<br><br>Defendants,<br><br>- and –<br><br>APPLE INC., a California corporation,<br><br>Nominal Defendant. | Case No. 5:14-cv-03634-EJD<br><br>PLAINTIFF'S AMENDED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-15 |

In compliance with Local Rule 3-15, the undersigned, counsel of record for Plaintiff R. Andre Klein, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualifications or recusals.

1. R. Andre Klein, Plaintiff;
2. Timothy D. Cook, Defendant;
3. William V. Campbell, Defendant;
4. Millard ("Mickey") Drexler, Defendant;
5. Arthur D. Levinson, Defendant;
6. Robert A. Iger, Defendant;
7. Andrea Jung, Defendant;
8. Fred D. Anderson, Defendant;
9. Estate of Steven P. Jobs, deceased, Defendant;
10. Ace American Insurance Company, Insurer of the Estate of Steven P. Jobs;
11. AIG CAT Excess Liability, Insurer of the Estate of Steven P. Jobs;
12. Allied World Assurance Company Ltd., Insurer of the Estate of Steven P. Jobs;
13. Axis Insurance Company; Insurer of the Estate of Steven P. Jobs;
14. Beazley 2623/0623, Insurer of the Estate of Steven P. Jobs;
15. Brit 2987/Lexington, Insurer of the Estate of Steven P. Jobs;
16. National Union Fire Insurance Company of Pittsburgh, PA, Insurer of the Estate of Steven P. Jobs;
17. U.S. Specialty Insurance Company, Insurer of the Estate of Steven P. Jobs;
18. XL Insurance (Bermuda) Ltd, Insurer of the Estate of Steven P. Jobs;
19. Zurich American Insurance Company, Insurer of the Estate of Steven P. Jobs; and
20. Apple Inc., Nominal Defendant.

| | |
|---|---|
| Dated:  November 24, 2014 | Respectfully submitted,<br><br>BOTTINI & BOTTINI, INC.<br>Francis A. Bottini, Jr.<br>Albert Y. Chang<br>Yury A. Kolesnikov<br><br>        /s/ Francis A. Bottini, Jr.        <br>              Francis A. Bottini, Jr.<br><br>7817 Ivanhoe Avenue, Suite 102<br>La Jolla, California  92037<br>Tel:   (858) 914-2001<br>Fax:   (858) 914-2002<br>fbottini@bottinilaw.com<br>achang@bottinilaw.com<br>ykolesnikov@bottinilaw.com<br><br>*Attorneys for Plaintiff R. Andre Klein* |