1   GEORGE A. RILEY (S.B. No. 118304)
    MICHAEL F. TUBACH (S.B. No. 145955)
2   O'MELVENY & MYERS LLP
    Two Embarcadero Center
3   28th Floor
    San Francisco, California  94111-3828
4   Telephone:   (415) 984-8700
    Facsimile:    (415) 984-8701
5   E-Mail:        griley@omm.com
                   mtubach@omm.com
6
    Attorneys for Nominal Defendant APPLE INC. and Defendants
7   TIMOTHY D. COOK, WILLIAM V. CAMPBELL, MILLARD
    DREXLER, ARTHUR D. LEVINSON, ROBERT A. IGER,
8   ANDREA JUNG and FRED D. ANDERSON

9   [Additional Counsel Listed on Signature Page]

10

11                    **UNITED STATES DISTRICT COURT**

12                   **NORTHERN DISTRICT OF CALIFORNIA**

13                          **SAN JOSE DIVISION**

14   R. ANDRE KLEIN, on behalf of himself        Case No. 5:14-cv-03634-EJD
     and all other stockholders of APPLE INC.,
15                                               **STIPULATION AND [PROPOSED]**
                    Plaintiff,                   **ORDER REGARDING SCHEDULING**
16                                               **MATTERS**
                    vs.
17
     TIMOTHY D. COOK, WILLIAM V.
18   CAMPBELL, MILLARD ("MICKEY")
     DREXLER, ARTHUR D. LEVINSON,
19   ROBERT A. IGER, ANDREA JUNG,
     FRED D. ANDERSON, ESTATE OF
20   STEVEN P. JOBS, deceased, and DOES 1-
     30, inclusive,
21
                    Defendants
22
                    -and-
23
     APPLE INC., a California corporation,
24
                    Nominal Defendant.
25

26

27

28
                                                 STIP. & PROP. ORDER RE SCHEDULING
                                                 5:14-CV-03634-EJD

**STIPULATION**

Nominal defendant Apple Inc. ("Apple"), defendants Timothy D. Cook, William V. Campbell, Millard Drexler, Arthur D. Levinson, Robert A. Iger, Andrea Jung and Fred D. Anderson (collectively with Apple, "Defendants"), and plaintiff R. Andre Klein ("Plaintiff"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on August 11, 2014, Plaintiff filed a Verified Shareholder Derivative Complaint (the "Complaint") against Defendants and the Estate of Steven P. Jobs;

WHEREAS, Plaintiff has limited the claims alleged in the Complaint against the Estate of Steven P. Jobs to the limits of coverage provided by applicable directors and officers insurance liability policies which provided coverage for claims against Steven P. Jobs while Jobs was employed at nominal defendant Apple Inc.;

WHEREAS, because of the nature of Plaintiff's claims asserted against the Estate of Steven P. Jobs, Plaintiff must serve the summons and Complaint on all the insurance companies which provided the directors and officers insurance liability policies to Jobs during the relevant time period; there are at least eight such insurance companies;

WHEREAS, on September 16, 2014, Defendants agreed to waive service of summons;

WHEREAS, Plaintiff requested that Defendants' counsel accept service of the summons and Complaint on behalf of the Estate of Steven P. Jobs, but Defendants' counsel was not able to obtain authorization to accept service;

WHEREAS, on October 28, 2014, the Court entered an order extending Defendants' time to respond to the Complaint to November 26, 2014, to allow Plaintiff to serve the Estate of Steven P. Jobs and so an attempt may be made to set a uniform response date for all defendants, once the Estate of Steven P. Jobs is served;

WHEREAS, on November 25, 2014, the parties agreed to extend Defendants' time to respond to the Complaint to December 19, 2014;

WHEREAS, Plaintiff is still in the process of serving the summons and Complaint on all of the insurance companies; and

WHEREAS, the parties have met and conferred and agree that an extension of time for

1  Defendants to respond to the Complaint is appropriate so that a uniform response date and

2  briefing schedule for any motions directed at the Complaint can be set.

3       NOW, THEREFORE, it is hereby agreed to and stipulated by Defendants and Plaintiff,

4  through their respective counsel of record and subject to Court approval, as follows:

5       1.    Defendants' time to respond to the Complaint shall be extended to January 9,

6  2015.

7       2.    In the event that Defendants file any motions directed at the Complaint, Plaintiff's

8  opposition brief shall be filed by February 10, 2015.

9       3.    Defendants reply brief shall be filed by February 24, 2015.

10  **IT IS SO STIPULATED.**

11  Dated: December 19, 2014

GEORGE A. RILEY (S.B. No. 118304)
MICHAEL F. TUBACH (S.B. No. 145955)

12  O'MELVENY & MYERS LLP

13

14  By: /s/ Michael F. Tubach

Michael F. Tubach

15  Attorneys for Nominal Defendant APPLE
INC. and Defendants TIMOTHY D. COOK,

16  WILLIAM V. CAMPBELL, MILLARD
DREXLER, ARTHUR D. LEVINSON,

17  ROBERT A. IGER, ANDREA JUNG and
FRED D. ANDERSON

18

19  Dated: December 19, 2014

BOTTINI & BOTTINI, INC.
FRANCIS A. BOTTINI, JR. (S.B. No. 175783)

20  ALBERT Y. CHANG (S.B. No. 296065)
YURY A. KOLESNIKOV (S.B. No. 271173)

21

22

23  By: /s/ Francis A. Bottini, Jr.

Francis A. Bottini, Jr.

24  7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037

25  Telephone:  (858) 914-2001
Facsimile:  (858) 914-2002

26  E-Mail:    fbottini@bottinilaw.com
achang@bottinilaw.com

27  ykolesnikov@bottinilaw.com

28  Attorneys for Plaintiff R. ANDRE KLEIN

- 2 -

STIP. & PROP. ORDER RE SCHEDULING
5:14-CV-03634-EJD

* * *

**[PROPOSED] ORDER**

The above stipulation having been considered and good cause appearing, IT IS SO ORDERED.

Defendants' time to respond to the Complaint shall be extended to January 9, 2015. In the event that Defendants file any motions directed at the Complaint, Plaintiff's opposition brief shall be filed by February 10, 2015. Defendants' reply brief shall be filed by February 24, 2015.

DATED: _____

                                        _____
                                          THE HONORABLE EDWARD J. DAVILA
                                          UNITED STATES DISTRICT JUDGE

I, Michael F. Tubach, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Scheduling Matters. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Francis A. Bottini, Jr. has concurred in this filing.

                            By: _/s/ Michael F. Tubach_____
                                  Michael F. Tubach

STIP. & PROP. ORDER RE SCHEDULING
5:14-CV-03634-EJD