| | |
|---|---|
| 1 | GEORGE A. RILEY (S.B. No. 118304) |
| | MICHAEL F. TUBACH (S.B. No. 145955) |
| 2 | O'MELVENY & MYERS LLP |
| | Two Embarcadero Center |
| 3 | 28th Floor |
| | San Francisco, California 94111-3828 |
| 4 | Telephone: (415) 984-8700 |
| | Facsimile: (415) 984-8701 |
| 5 | E-Mail: griley@omm.com |
| | mtubach@omm.com |

Attorneys for Nominal Defendant APPLE INC. and Defendants TIMOTHY D. COOK, WILLIAM V. CAMPBELL, MILLARD DREXLER, ARTHUR D. LEVINSON, ROBERT A. IGER, ANDREA JUNG and FRED D. ANDERSON

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| R. ANDRE KLEIN, on behalf of himself and all other stockholders of APPLE INC., <br><br>Plaintiff, <br><br>vs. <br><br>TIMOTHY D. COOK, WILLIAM V. CAMPBELL, MILLARD ("MICKEY") DREXLER, ARTHUR D. LEVINSON, ROBERT A. IGER, ANDREA JUNG, FRED D. ANDERSON, ESTATE OF STEVEN P. JOBS, deceased, and DOES 1-30, inclusive, <br><br>Defendants <br><br>-and- <br><br>APPLE INC., a California corporation, <br><br>Nominal Defendant. | Case No. 5:14-cv-03634-EJD <br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING MATTERS** |

| | |
|---|---|
| 1 | **STIPULATION** |

2    Nominal defendant Apple Inc. ("Apple"), defendants Timothy D. Cook, William V.
3 Campbell, Millard Drexler, Arthur D. Levinson, Robert A. Iger, Andrea Jung and Fred D.
4 Anderson (collectively with Apple, "Defendants"), and plaintiff R. Andre Klein ("Plaintiff"), by
5 and through their respective counsel, hereby stipulate as follows:

6    WHEREAS, on August 11, 2014, Plaintiff filed a Verified Shareholder Derivative
7 Complaint (the "Complaint") against Defendants and the Estate of Steven P. Jobs;

8    WHEREAS, Plaintiff has limited the claims alleged in the Complaint against the Estate of
9 Steven P. Jobs to the limits of coverage provided by applicable directors and officers insurance
10 liability policies which provided coverage for claims against Steven P. Jobs while Jobs was
11 employed at nominal defendant Apple Inc.;

12    WHEREAS, because of the nature of Plaintiff's claims asserted against the Estate of
13 Steven P. Jobs, Plaintiff must serve the summons and Complaint on all the insurance companies
14 which provided the directors and officers insurance liability policies to Jobs during the relevant
15 time period; there are at least eight such insurance companies;

16    WHEREAS, on September 16, 2014, Defendants agreed to waive service of summons;

17    WHEREAS, Plaintiff requested that Defendants' counsel accept service of the summons
18 and Complaint on behalf of the Estate of Steven P. Jobs, but Defendants' counsel was not able to
19 obtain authorization to accept service;

20    WHEREAS, on October 28, 2014, the Court entered an order extending Defendants' time
21 to respond to the Complaint to November 26, 2014, to allow Plaintiff to serve the Estate of Steven
22 P. Jobs and so an attempt may be made to set a uniform response date for all defendants, once the
23 Estate of Steven P. Jobs is served;

24    WHEREAS, on November 25, 2014, the parties agreed to extend Defendants' time to
25 respond to the Complaint to December 19, 2014;

26    WHEREAS, Plaintiff is still in the process of serving the summons and Complaint on all
27 of the insurance companies; and

28    WHEREAS, the parties have met and conferred and agree that an extension of time for

1  Defendants to respond to the Complaint is appropriate so that a uniform response date and

2  briefing schedule for any motions directed at the Complaint can be set.

3    NOW, THEREFORE, it is hereby agreed to and stipulated by Defendants and Plaintiff,

4  through their respective counsel of record and subject to Court approval, as follows:

5    1. Defendants' time to respond to the Complaint shall be extended to January 9,

6  2015.

7    2. In the event that Defendants file any motions directed at the Complaint, Plaintiff's

8  opposition brief shall be filed by February 10, 2015.

9    3. Defendants reply brief shall be filed by February 24, 2015.

10  **IT IS SO STIPULATED.**

11  Dated: December 19, 2014  GEORGE A. RILEY (S.B. No. 118304)
  MICHAEL F. TUBACH (S.B. No. 145955)
12    O'MELVENY & MYERS LLP

13

14    By: */s/ Michael F. Tubach*
    Michael F. Tubach
15    Attorneys for Nominal Defendant APPLE
  INC. and Defendants TIMOTHY D. COOK,
16    WILLIAM V. CAMPBELL, MILLARD
  DREXLER, ARTHUR D. LEVINSON,
17    ROBERT A. IGER, ANDREA JUNG and
  FRED D. ANDERSON

18

19  Dated: December 19, 2014  BOTTINI & BOTTINI, INC.
  FRANCIS A. BOTTINI, JR. (S.B. No. 175783)
20    ALBERT Y. CHANG (S.B. No. 296065)
  YURY A. KOLESNIKOV (S.B. No. 271173)
21

22

23    By: */s/ Francis A. Bottini, Jr.*
    Francis A. Bottini, Jr.

24    7817 Ivanhoe Avenue, Suite 102
  La Jolla, California 92037
25    Telephone: (858) 914-2001
  Facsimile: (858) 914-2002
26    E-Mail: fbottini@bottinilaw.com
    achang@bottinilaw.com
27      ykolesnikov@bottinilaw.com

28    Attorneys for Plaintiff R. ANDRE KLEIN

- 2 -  STIP. & PROP. ORDER RE SCHEDULING
  5:14-CV-03634-EJD

\* \* \*

**[PROPOSED] ORDER**

The above stipulation having been considered and good cause appearing, IT IS SO ORDERED.

Defendants' time to respond to the Complaint shall be extended to January 9, 2015. In the event that Defendants file any motions directed at the Complaint, Plaintiff's opposition brief shall be filed by February 10, 2015. Defendants' reply brief shall be filed by February 24, 2015.

DATED: 12/22/2014

_____
THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

I, Michael F. Tubach, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Scheduling Matters. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Francis A. Bottini, Jr. has concurred in this filing.

By: */s/ Michael F. Tubach*
Michael F. Tubach