| | |
|---|---|
| 1 | GEORGE A. RILEY (S.B. No. 118304) |
|   | MICHAEL F. TUBACH (S.B. No. 145955) |
| 2 | O'MELVENY & MYERS LLP |
|   | Two Embarcadero Center |
| 3 | 28th Floor |
|   | San Francisco, California  94111-3828 |
| 4 | Telephone:   (415) 984-8700 |
|   | Facsimile:    (415) 984-8701 |
| 5 | E-Mail:        griley@omm.com |
|   |                      mtubach@omm.com |

Attorneys for Nominal Defendant APPLE INC. and Defendants TIMOTHY D. COOK, WILLIAM V. CAMPBELL, MILLARD DREXLER, ARTHUR D. LEVINSON, ROBERT A. IGER, ANDREA JUNG and FRED D. ANDERSON

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| R. ANDRE KLEIN, on behalf of himself and all other stockholders of APPLE INC., | Case No. 5:14-cv-03634-EJD |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| TIMOTHY D. COOK, WILLIAM V. CAMPBELL, MILLARD ("MICKEY") DREXLER, ARTHUR D. LEVINSON, ROBERT A. IGER, ANDREA JUNG, FRED D. ANDERSON, ESTATE OF STEVEN P. JOBS, deceased, and DOES 1-30, inclusive, | |
| Defendants, | |
| -and- | |
| APPLE INC., a California corporation, | |
| Nominal Defendant. | |

**STIPULATION**

Nominal defendant Apple Inc. ("Apple"), defendants Timothy D. Cook, William V. Campbell, Millard Drexler, Arthur D. Levinson, Robert A. Iger, Andrea Jung and Fred D. Anderson (collectively with Apple, "Defendants"), and plaintiff R. Andre Klein ("Plaintiff"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on August 11, 2014, Plaintiff filed a Verified Shareholder Derivative Complaint against Defendants and the Estate of Steven P. Jobs;

WHEREAS, pursuant to Civil Local Rules 16-2, the Court set the date for the Initial Case Management Conference for January 15, 2015 at 10:00 a.m.;

WHEREAS, lead counsel for Defendants, George Riley and Michael Tubach, both need to be out of the country on January 15, 2015 for other work matters that cannot be rescheduled;

WHEREAS, the parties have met and conferred and wish to continue the Initial Case Management Conference to January 22, 2015 at 10:00 a.m., or as soon thereafter as the matter may be heard, due to counsel's scheduling conflict;

NOW, THEREFORE, it is hereby agreed to and stipulated by Defendants and Plaintiff, through their respective counsel of record and subject to Court approval, as follows:

1. The Initial Case Management Conference set for January 15, 2015 at 10:00 a.m. shall be continued to January 22, 2015, at 10:00 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Edward J. Davila.

**IT IS SO STIPULATED.**

Dated: January 7, 2015

GEORGE A. RILEY (S.B. No. 118304)
MICHAEL F. TUBACH (S.B. No. 145955)
O'MELVENY & MYERS LLP

By: */s/ Michael F. Tubach*
Michael F. Tubach
Attorneys for Nominal Defendant APPLE INC. and Defendants TIMOTHY D. COOK, WILLIAM V. CAMPBELL, MILLARD DREXLER, ARTHUR D. LEVINSON, ROBERT A. IGER, ANDREA JUNG and FRED D. ANDERSON

| | | |
|---|---|---|
| 1 | Dated: January 7, 2015 | BOTTINI & BOTTINI, INC. |
| 2 | | FRANCIS A. BOTTINI, JR. (S.B. No. 175783) |
| | | ALBERT Y. CHANG (S.B. No. 296065) |
| 3 | | YURY A. KOLESNIKOV (S.B. No. 271173) |

By: */s/ Francis A. Bottini, Jr.*
Francis A. Bottini, Jr.

7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002
E-Mail: fbottini@bottinilaw.com
achang@bottinilaw.com
ykolesnikov@bottinilaw.com

Attorneys for Plaintiff R. ANDRE KLEIN

\* \* \*

# [PROPOSED] ORDER

The above stipulation having been considered and good cause appearing, IT IS SO ORDERED.

The Initial Case Management Conference shall be continued to January 22, 2015, at 10:00 a.m., or as soon thereafter as the matter may be heard.

The case management Conference statement shall be filed on or before January 15, 2015.

DATED: __1/8/2015__

THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

I, Michael F. Tubach, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing Case Management Conference. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Francis A. Bottini, Jr. has concurred in this filing.

By: */s/ Michael F. Tubach*
Michael F. Tubach