GEORGE A. RILEY (S.B. No. 118304)
MICHAEL F. TUBACH (S.B. No. 145955)
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3828
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
E-Mail: griley@omm.com
mtubach@omm.com

Attorneys for Nominal Defendant APPLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| R. ANDRE KLEIN, on behalf of himself and all other stockholders of APPLE INC., <br><br> Plaintiff, <br><br> vs. <br><br> TIMOTHY D. COOK, WILLIAM V. CAMPBELL, MILLARD ("MICKEY") DREXLER, ARTHUR D. LEVINSON, ROBERT A. IGER, ANDREA JUNG, FRED D. ANDERSON, ESTATE OF STEVEN P. JOBS, deceased, and DOES 1-30, inclusive, <br><br> Defendants, <br><br> -and- <br><br> APPLE INC., a California corporation, <br><br> Nominal Defendant. | Case No. 5:14-cv-03634-EJD <br><br> **NOMINAL DEFENDANT APPLE INC.'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT AND CIV. L.R. 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

## CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
### (Fed. R. Civ. P. 7.1 and Civ. L.R. 3-16)

Apple Inc. ("Apple") submits the following statement of its corporate interests and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure: (1) Apple is a publicly held corporation; (2) Apple does not have any parent corporation; and (3) no publicly held corporation owns ten percent or more of Apple's stock.

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: January 12, 2015

GEORGE A. RILEY (S.B. No. 118304)
MICHAEL F. TUBACH (S.B. No. 145955)
O'MELVENY & MYERS LLP

By: */s/ George A. Riley*
    George A. Riley
Attorneys for Nominal Defendant APPLE INC.