| | |
|---|---|
| 1 | GEORGE A. RILEY (S.B. No. 118304) |
| | MICHAEL F. TUBACH (S.B. No. 145955) |
| 2 | O'MELVENY & MYERS LLP |
| | Two Embarcadero Center |
| 3 | 28th Floor |
| | San Francisco, California 94111-3828 |
| 4 | Telephone: (415) 984-8700 |
| | Facsimile: (415) 984-8701 |
| 5 | E-Mail: griley@omm.com |
| | mtubach@omm.com |

Attorneys for Defendants TIMOTHY D. COOK, WILLIAM V. CAMPBELL, MILLARD DREXLER, ARTHUR D. LEVINSON, ROBERT A. IGER, ANDREA JUNG and FRED D. ANDERSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| R. ANDRE KLEIN, on behalf of himself and all other stockholders of APPLE INC., | Case No. 5:14-cv-03634-EJD |
| Plaintiff, | **INDIVIDUAL DEFENDANTS' LOCAL RULE 3-16 DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS** |
| vs. | |
| TIMOTHY D. COOK, WILLIAM V. CAMPBELL, MILLARD ("MICKEY") DREXLER, ARTHUR D. LEVINSON, ROBERT A. IGER, ANDREA JUNG, FRED D. ANDERSON, ESTATE OF STEVEN P. JOBS, deceased, and DOES 1-30, inclusive, | |
| Defendants, | |
| -and- | |
| APPLE INC., a California corporation, | |
| Nominal Defendant. | |

**LOCAL RULE 3-16 DISCLOSURE OF NON-PARTY
INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: January 12, 2015

GEORGE A. RILEY (S.B. No. 118304)
MICHAEL F. TUBACH (S.B. No. 145955)
O'MELVENY & MYERS LLP


By: */s/ George A. Riley*
     George A. Riley
Attorneys for Defendants TIMOTHY D. COOK, WILLIAM V. CAMPBELL, MILLARD DREXLER, ARTHUR D. LEVINSON, ROBERT A. IGER, ANDREA JUNG and FRED D. ANDERSON