UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| R. ANDRE KLEIN,<br><br>    Plaintiff,<br><br>v.<br><br>TIMOTHY D. COOK, et al.,<br><br>    Defendants. | Case No. 5:14-cv-03634-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>[Re: Dkt. No. 41] |

Having reviewed the parties' Joint Case Management Conference Statement filed on January 15, 2015 (Docket Item No. 41), the court finds that a scheduling conference is premature at this time. Accordingly, the Case Management Conference scheduled for January 22, 2015 is CONTINUED to **10:00 a.m. on June 18, 2015**. The parties shall file an updated Joint Case Management Conference Statement (of no more than 10 pages) on or before **June 11, 2015**.

Furthermore, after considering the parties' arguments in the Joint Case Management Conference Statement, and reviewing judicial opinions on the topic, disclosure and discovery are stayed until further order of the court. See In re Openwave Sys. Inc. S'holder Derivative Litig., 503 F. Supp. 2d 1341, 1351-53 (N.D. Cal. 2007); In re Finisar Corp. Derivative Litig., 2012 WL 609835, at *1 (N.D. Cal. Feb. 24, 2012) (Whyte, J.) (collecting cases).

**IT IS SO ORDERED**.

Dated: January 16, 2015



EDWARD J. DAVILA
United States District Judge

Case No. 5:14-cv-03634-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE