GEORGE A. RILEY (S.B. No. 118304)
MICHAEL F. TUBACH (S.B. No. 145955)
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, California  94111-3828
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701
E-Mail:   griley@omm.com
          mtubach@omm.com

Attorneys for Nominal Defendant APPLE INC. and Defendants TIMOTHY D. COOK, WILLIAM V. CAMPBELL, MILLARD DREXLER, ARTHUR D. LEVINSON, ROBERT A. IGER, ANDREA JUNG, FRED D. ANDERSON and THE ESTATE OF STEVEN P. JOBS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| R. ANDRE KLEIN, on behalf of himself and all other stockholders of APPLE INC., <br><br>Plaintiff, <br><br>vs. <br><br>TIMOTHY D. COOK, WILLIAM V. CAMPBELL, MILLARD ("MICKEY") DREXLER, ARTHUR D. LEVINSON, ROBERT A. IGER, ANDREA JUNG, FRED D. ANDERSON, ESTATE OF STEVEN P. JOBS, deceased, and DOES 1-30, inclusive, <br><br>Defendants, <br><br>-and- <br><br>APPLE INC., a California corporation, <br><br>Nominal Defendant. | Case No. 5:14-cv-03634-EJD <br><br>**DECLARATION OF VIVI LEE IN SUPPORT OF DEFENDANTS' MOTION TO STAY SHAREHOLDER DERIVATIVE ACTION** <br><br>Date:        May 14, 2015 <br>Time:        9:00 a.m. <br>Courtroom: 4 - 5th Floor <br>Judge:       Honorable Edward J. Davila |

1 **DECLARATION OF VIVI LEE**

2 I, **VIVI LEE,** declare as follows:

3     1.    I am an attorney duly licensed before all of the courts of the State of California and the United States District Court for the Northern District of California. I am a counsel in the law firm of O'Melveny & Myers LLP, counsel of record for nominal defendant Apple Inc. ("Apple") and defendants Timothy D. Cook, William V. Campbell, Millard Drexler, Arthur D. Levinson, Robert A. Iger, Andrea Jung, Fred D. Anderson and the Estate of Steven P. Jobs.[1] I make this declaration in support of Defendants' Motion to Stay Shareholder Derivative Action. I have personal knowledge of the matters stated herein and, if called upon, could competently testify thereto.

    2.    Attached hereto as **Exhibit A** is a true and correct copy of the Complaint filed in the action titled *United States of America v. Adobe Systems, Inc., et al*., Case No. 1:10-CV-01629-RBW (United States District Court for the District of Columbia) (the "DOJ Action"), on September 24, 2010.

    3.    Attached hereto as **Exhibit B** is a true and correct copy of the press release issued by the U.S. Department of Justice on September 24, 2010, titled "Justice Department Requires Six High Tech Companies to Stop Entering into Anticompetitive Employee Solicitation Agreements," http://www.justice.gov/opa/pr/justice-department-requires-six-high-tech-companies-stop-entering-anticompetitive-employee.

    4.    Attached hereto as **Exhibit C** is a true and correct copy of the Final Judgment entered in the DOJ Action on March 18, 2011.

    5.    Attached hereto as **Exhibit D** is a true and correct copy of an article by Miguel

---

[1] Plaintiff purports to sue the Estate of Steven P. Jobs pursuant to California Probate Code sections 550 and 552 to recover against insurance policies that may have covered Jobs. O'Melveny & Myers represents the Estate and does not represent the insurance companies. The filing of this declaration on behalf of the Estate is not intended to, and does not, waive any terms or conditions in the policies, or any challenges any insurance company may have to the sufficiency of the service of process, personal jurisdiction or any other FRCP 12(b) or other defense to any insurance company's liability for the asserted claims. It is the Estate's understanding that the insurers have reserved all rights and coverage defenses.

Helft titled "Tech Firms Said to Be in Talks to Settle Inquiry Over Recruiting," published by The New York Times on September 17, 2010, http://www.nytimes.com/2010/09/18/technology/18google.html.

6. Attached hereto as **Exhibit E** is a true and correct copy of an article by Steve Lohr titled "Six Technology Firms Agree to More Hiring Competition," published by The New York Times on September 24, 2010, http://www.nytimes.com/2010/09/25/technology/25hiring.html.

7. Attached hereto as **Exhibit F** is a true and correct copy of an article by Brent Kendall titled "Six Tech Firms Settle Federal Hiring Probe," published by The Wall Street Journal on September 24, 2010, http://online.wsj.com/news/articles/SB10001424052748703499604575512291550098672#printMode.

8. Attached hereto as **Exhibit G** is a true and correct copy of an article by Ben Rooney titled "6 tech giants settle DOJ hiring lawsuit," published by CNNMoney.com on September 24, 2010, http://money.cnn.com/2010/09/24/technology/DOJ_tech_firms_settle_hiring_charges/#.

9. Attached hereto as **Exhibit H** is a true and correct copy of an article by Tom Krazit titled "DOJ settles no-recruit claims against tech companies," published by CNET on September 24, 2010, http://www.cnet.com/news/doj-settles-no-recruit-claims-against-tech-companies/.

10. Attached hereto as **Exhibit I** is a true and correct copy of an article by John Paczkowski titled "DOJ, Tech Companies Settle Hiring Probe," published by All Things D on September 24, 2010, http://allthingsd.com/20100924/doj-tech-companies-to-settle-hiring-probe/.

11. Attached hereto as **Exhibit J** is a true and correct copy of an article by Sara Forden and Jeff Bliss titled "Google, Apple, Intel Said Poised for U.S. Agreement on Hiring," published by Bloomberg on September 25, 2010, http://www.bloomberg.com/news/print/2010-09-24/google-apple-intel-said-poised-for-u-s-agreement-on-hiring.html.

12. Attached hereto as **Exhibit K** is a true and correct copy of a forum discussion on the Apple Insider website started on September 24, 2010, titled "US Department of Justice orders

1  Apple to end anticompetitive deals," http://forums.appleinsider.com/t/113312/us-department-of-
2  justice-orders-apple-to-end-anticompetitive-deals.

3        13.    Attached hereto as **Exhibit L** is a true and correct copy of a forum discussion on
4  the MacRumors website started on September 24, 2010, titled "U.S. Department of Justice Orders
5  Apple and Others to Stop Engaging in Anti-Poaching Agreements,"
6  http://forums.macrumors.com/showthread.php?t=1020222.

7        14.    Attached hereto as **Exhibit M** is a true and correct copy of an article by Bryan
8  Chaffin titled "DoJ: Apple, Google, Adobe Must End Anti-Poaching Agreements," published by
9  the Mac Observer on September 24, 2010,
10 http://www.macobserver.com/tmo/article/doj_apple_google_adobe_must_end_anti-
11 poaching_agreements.

12       15.    Attached hereto as **Exhibit N** is a true and correct copy of the Shareholder
13 Derivative Complaint filed in the action titled *The Police Retirement System of St. Louis v. Cook,*
14 *et al.*, Case No. 1-14-CV-262174 (Superior Court of the State of California, County of Santa
15 Clara), on March 14, 2014.

16       16.    Attached hereto as **Exhibit O** is a true and correct copy of the Shareholder
17 Derivative Complaint filed in the action titled *Krawczyk v. Cook, et al.*, Case No. 1-14-CV-
18 266403 (Superior Court of the State of California, County of Santa Clara), on June 11, 2014.

19       17.    Attached hereto as **Exhibit P** is a true and correct copy of the Shareholder
20 Derivative Complaint filed in the action titled *Barto v. Cook, et al.*, Case No. 1-14-CV-267237
21 (Superior Court of the State of California, County of Santa Clara), on June 27, 2014.

22       18.    Attached hereto as **Exhibit Q** is a true and correct copy of the Stipulation to
23 Consolidate Related Actions and Appoint Lead Counsel, and Related Matters; and Order
24 Thereon, filed in the action titled *In re Apple Inc. Shareholder Derivative Litigation*, Lead Case
25 No. 1-14-CV-262174 (Superior Court of the State of California, County of Santa Clara) (the
26 "State Consolidated Action"), entered on August 14, 2014.

27       19.    Attached hereto as **Exhibit R** is a true and correct copy of the Consolidated
28 Shareholder Derivative Complaint filed in the State Consolidated Action on September 29, 2014.

20. Attached hereto as **Exhibit S** is a true and correct copy of the Minute Order on Defendants' Demurrer entered in the State Consolidated Action on March 6, 2015.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of March 2015 at Menlo Park, California.

_____
Vivi Lee