UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| R. ANDRE KLEIN,<br><br>    Plaintiff,<br><br>    v.<br><br>TIMOTHY D. COOK, et al.,<br><br>    Defendants. | Case No. 5:14-cv-03634-EJD<br><br>**ORDER RE: HEARING ON MAY 14, 2015** |

With regard to the hearing scheduled for May 14, 2015 in the above-entitled action, the court orders as follows:

1. Defendants' Motion to Dismiss (Docket Item No. 35) is suitable for decision without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, that motion is SUBMITTED and counsel need not present further argument as to that motion.

2. The court will hear argument addressing Defendants' Motion to Stay (Docket Item No. 50). Counsel shall prepare their presentations in accord with these directions.

**IT IS SO ORDERED.**

Dated: May 12, 2015

                                  EDWARD J. DAVILA
                                  United States District Judge