UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| R. ANDRE KLEIN, on behalf of himself and all other stockholders of APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY D. COOK, et al., <br><br> Defendants. | Case No. 5:14-cv-03634-EJD <br><br> **ORDER REOPENING CASE; SETTING CASE MANAGEMENT CONFERENCE** |

The parties' joint request to reopen the case and set a Case Management Conference is granted. The Clerk shall reopen the case. A Case Management Conference will be held on March 29, 2018 at 10:00 a.m. The parties shall file a joint Case Management Statement no later than March 19, 2018. Plaintiff's request to lift the stay is denied without prejudice to renew the request after the Court conducts the Case Management Conference.

**IT IS SO ORDERED.**

Dated: January 17, 2018

EDWARD J. DAVILA
United States District Judge

Case No.: 5:14-cv-03634-EJD
ORDER REOPENING CASE; SETTING CASE MANAGEMENT CONFERENCE

1