UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

R. ANDRE KLEIN, on behalf of himself
and all other stockholders of APPLE INC.,

Plaintiff,

v.

TIMOTHY D. COOK, et al.,

Defendants.

Case No.  5:14-cv-03634-EJD

**ORDER VACATING CASE
MANAGEMENT CONFERENCE**

Having been advised that the state court plaintiffs filed a notice of appeal of the state court's order sustaining Apple's demurrer, the court finds it appropriate to maintain the stay of this action pending resolution of the appeal.  Therefore, the Case Management Conference scheduled for January 10, 2019 is VACATED.  The Clerk shall ADMINISTRATIVELY CLOSE this file.

The parties shall submit a joint status report apprising the court of the status of the state court action on April 2, 2019, and continuing every three months thereafter.  Furthermore, within 10 days of either (1) a resolution of the state court action through settlement or other informal means or (2) a ruling by the state appellate court, the parties shall file a Joint Notice informing the court of such development and shall request that this matter be reopened and that a Case Management Conference be scheduled.

**IT IS SO ORDERED.**

Dated:   January 2, 2019

_____
EDWARD J. DAVILA
United States District Judge