BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (175783)
fbottini@bottinilaw.com
Albert Y. Chang (296065)
achang@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California  92037
Telephone:  (858) 914-2001
Facsimile:   (858) 914-2002

*Counsel for Plaintiff R. Andre Klein*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| R. ANDRE KLEIN, on behalf of himself and all other stockholders of APPLE INC., <br><br> Plaintiff, <br><br> vs. <br><br> TIMOTHY D. COOK, WILLIAM V. CAMPBELL, MILLARD ("MICKEY") DREXLER, ARTHUR D. LEVINSON, ROBERT A. IGER, ANDREA JUNG, FRED D. ANDERSON, ESTATE OF STEVEN P. JOBS, deceased, and DOES 1-30, inclusive, <br><br> Defendants, <br><br> -and- <br><br> APPLE INC., a California corporation, <br><br> Nominal Defendant. | Case No. 5:14-cv-03634-EJD <br><br> **NOTICE OF APPEARANCE** <br><br> Judge:  Hon. Edward J. Davila <br><br> Date Action Filed: August 11, 2014 |

1 | PLEASE TAKE NOTICE that attorney Albert Y. Chang of Bottini & Bottini, Inc., 7817 Ivanhoe Avenue, Suite 102, La Jolla, CA 92037, member of the State Bar of California and admitted to practice before this Court, hereby enters his appearance as counsel of record for plaintiff R. Andre Klein in the above-captioned matter and respectfully requests to be included via e-mail on the Court's notification of all electronic filings in this action at the following e-mail address: achang@bottinilaw.com.

Dated: February 18, 2022

Respectfully submitted,

BOTTINI & BOTTINI, INC.
Albert Y. Chang (296065)

   *s/ Albert Y. Chang*
        Albert Y. Chang

7817 Ivanhoe Avenue, Suite 102
La Jolla, California  92037
Telephone:  (858) 914-2001
Facsimile:   (858) 914-2002
Email: achang@bottinilaw.com

*Counsel for Plaintiff R. Andre Klein*